

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| *Plaintiff,* | |
| v. | Case No. CR 15-041-RAW |
| CALEB TRENT HODGINS, | |
| *Defendant.* | |

## INFORMATION

The United States Attorney charges:

### COUNT ONE

### USE OF TELEPHONE TO COMMUNICATE BOMB THREAT
[18 U.S.C. §§ 844(e) & 2]

On or about May 21, 2014, in the Eastern District of Oklahoma, the Defendant, **CALEB TRENT HODGINS**, through use of a telephone, maliciously conveyed false information knowing the same to be false concerning an attempt and alleged attempt being made to unlawfully damage and destroy a building, to-wit: the Hughes County Courthouse in Holdenville, Oklahoma, by means of an explosive, in and affecting interstate commerce, in violation of Title 18, United States Code, Sections 844(e) and 2.

MARK F. GREEN
United States Attorney

Christopher J. Wilson, OBA # 13801
Assistant United States Attorney